UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1188 (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TERRY REIFF,<br>Defendant. | ) | **ORDER** |

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Lonnie Bryan, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $3,082.99, plus interest to June 30, 2001, in the amount of $1,378.83, plus additional prejudgment interest from June 30, 2001, at the rate provided by law, pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, and the cost of service, which is $51.90, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2-11-02

United States District Court

FEB 12 2002
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 12 2002
DEPUTY CLERK