# United States District Court
# District of Minnesota

UNITED STATES OF AMERICA,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1188 MJD/JGL

TERRY REIFF,

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of FOUR THOUSAND SIX HUNDRED SIXTY-THREE DOLLARS AND 72/100--- Dollars ($4,663.72). Plus additional prejudgment interest from June 30, 2001, at the rate provided by law.

Richard D. Sletten

DATED: February 12, 2002

By E. Knoblauch
E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 3,082.99 |
| Costs and disbursements | $ 201.90 |
| Interest to 6/30/01 | $ 1,378.83 |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 4,663.72 |

(10)